**LAW OFFICE OF ROGER W. FRAZIER**
2525 E. Broadway Blvd., Suite 200
Tucson, Arizona 85716
Tel:   (520) 882-4294
Fax:  (520) 882-2853
Roger W. Frazier, Arizona Bar No. 012146
roger@frazierlawaz.com

**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jan True, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>The  U.S. Roche Long-Term Disability Plan; The U.S. Roche Health and Welfare Benefits VEBA Plan; Lincoln Life Assurance Company of Boston fka Liberty Life Assurance Company of Boston; Genentech, Inc., a Delaware corporation,<br><br>　　　　　　Defendants. | No. 4:20-cv-00220-JGZ<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

　　　Plaintiff Jan True, through counsel undersigned, and pursuant to Fed.R.Civ.P 41(a)(1)(A), hereby dismisses this action, without prejudice.  No defendant has answered or filed a motion for summary judgment, or otherwise entered an appearance as of this time.

　　　RESPECFULLY SUBMITTED this 2nd day of July, 2020.

　　　　　　　　　　　　　　　　　　　　　LAW OFFICE OF ROGER W. FRAZIER

　　　　　　　　　　　　　　　　　　　　　 /s/ Roger W. Frazier
　　　　　　　　　　　　　　　　　　　　　Roger W. Frazier
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

| | |
|---|---|
| 1 | ORIGINALLY e-filed this 2nd |
| 2 | day of July, 2020 |
| 3 | Courtesy copy emailed |
| 4 | this 2nd day of July, 2020 to: |
| 5 | Angel L. Garrett |
|   | TRUCKER HUSS APC |
| 6 | 1 Embarcadero Ctr Fl 12 |
| 7 | San Francisco, CA  94111 |
|   | 415-788-3111 |
| 8 | agarrett@truckerhuss.com |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |